My Name is Bryan Adams #4293
I am Being Housed at Raburn county Jail
Ive had problem with Broke off teeth Sence July
got only one pulled and Needed 5 pulled Suffering
Every day. Been haveing to see Medical every 10 days
to get the only meds they will give me for pain
and swelling this has Been going on for months
Keep chargeing $5 a time and nothing has Been helped
they sent me Back to white county 2 weeks ago
docter said again they dont do Dentist sent me
Back to Raburn county and nurse here keeps on
Makeing me come Back to medical every two weeks
and not helping my problem Realy Suffering
need help please

Thank you

Bryan Adams

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

APR 12 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

2 10-CV-0060

Bryaw Adams #1293
175 Boen Creek Rd
Tiger ga 30576

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.44⁰
02 1M
0004240218 APR 09 2010
MAILED FROM ZIP CODE 30525

Office of the Clerk
United States District Court
201 United States Courthouse
121 Spring St, S.E.
Gainesville ga 30501-3789

"CLEARED" U.S. Marshal ATL. GA. APR

30501+3789