**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| BRYAN ADAMS,<br>Plaintiff,<br><br>v.<br><br>RABUN COUNTY JAIL,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983<br><br>CIVIL ACTION NO.<br>2:10-CV-0060-WCO-SSC |

**ORDER**

Plaintiff has submitted a letter to the Court which the Clerk has filed as a civil rights action brought pursuant to 42 U.S.C. § 1983. In his letter, Plaintiff complains that he is not receiving proper medical treatment for his teeth. However, Plaintiff has not submitted the initial filing fee of $350.00 or a financial affidavit seeking leave to proceed in forma pauperis.

**IT IS THEREFORE ORDERED** that Plaintiff must, within thirty (30) days of the date of this Order, either submit the full initial filing fee of $350.00, or execute and return a financial affidavit seeking leave to proceed in forma pauperis, including an authorization allowing his custodian to withdraw funds from his inmate account. Plaintiff is advised that failure to pay the fee or submit the required affidavit will result in dismissal of this action.

Plaintiff is cautioned that, even if he is allowed to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(b)(1), he must nevertheless pay the full amount of the $350.00 filing fee from his prisoner account. If, according to his affidavit, sufficient assets are in his account, this Court must assess an initial partial filing fee based on the assets available. In addition, by order of this Court, Plaintiff's custodian would deduct further amounts from his account. Specifically, the balance of the filing fee would be paid on behalf of the Plaintiff from his inmate account, in monthly or other incremental payments in the amount of 20% of the preceding month's income credited to the account in each month in which the Plaintiff's account balance exceeds $10.00 until the $350.00 fee is paid in full. Plaintiff will be required to pay the fee regardless of whether he is successful with his suit. If Plaintiff does not want to have funds deducted from his account, he should file a motion voluntarily dismissing this action.

**IT IS FURTHER ORDERED** that Plaintiff must, within thirty (30) days of the date of this Order, **AMEND** his complaint to provide a more concise statement of his claims, including the name(s) of those individual(s) who he believes have violated his civil rights and the steps he has taken to exhaust his administrative

remedies. Plaintiff is advised that failure to submit the required amendment may result in dismissal of this action.

The Clerk of the Court is **DIRECTED** to forward the appropriate financial affidavit and the proper forms for filing a 42 U.S.C. § 1983 action to Plaintiff together with a copy of this Order. The Clerk is further **DIRECTED** to resubmit this action to the assigned Magistrate Judge at the expiration of the aforementioned time period.

**IT IS SO ORDERED**, this 3rd day of May, 2010.

*Susan S. Cole*
SUSAN S. COLE
UNITED STATES MAGISTRATE JUDGE



AO 72A
(Rev.8/82)