**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| BRYAN ADAMS, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:10-CV-0060-WCO and |
| RABUN COUNTY JAIL, | : | |
| Defendant. | : | 2:10-CV-104-RWS |

**ORDER**

By Order entered on May 3, 2010 [Doc. 2] in Civil Action No. 2:10-CV-060-WCO, Plaintiff was ordered to, within thirty (30) days, either submit the full initial filing fee of $350.00, or execute and return a financial affidavit seeking leave to proceed in forma pauperis, including an authorization allowing his custodian to withdraw funds from his inmate account. Plaintiff was further ordered to, within thirty (30) days, amend his complaint to provide a more concise statement of his claims, including the name(s) of those individual(s) who he believes have violated his civil rights and the steps he has taken to exhaust his administrative remedies.

On June 7, 2010, Plaintiff filed his Civil Rights Complaint [Doc. 1], as well as the Affidavit and Authorization for Withdrawal from Inmate Account [Doc. 2] in Civil Action No. 2:10-CV-104-RWS. In review of this action, it appears that Plaintiff should have filed these documents as the amended complaint and financial affidavit in Civil Action No. 2:10-CV-60-WCO. It is therefore

**ORDERED** that the complaint [Doc. 1] and Affidavit and Authorization for Withdrawal from Inmate Account [Doc. 2] filed in 2:10-CV-104-RWS be **REFILED**

in Civil Action No. 2:10-CV-60-WCO. The Clerk is further **ORDERED** to close Civil Action No. 2:10-CV-104-RWS.

**IT IS SO ORDERED**, this 13th day of July, 2010.

*Susan S. Cole*

SUSAN S. COLE
United States Magistrate Judge



AO 72A
(Rev.8/82)