**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983** Bryan Adams

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JUN - 7 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Bryan D Adams #1293
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

Nurse Elizbeth turner
Raburn County Jail

(Enter above the full name of the defendant(s).)

**2:10-CV-0060**

[redacted]

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): Bryan Adams

Defendant(s): Neil Warren
Sheriff White County

2. Court (name the district):

3. Docket Number:

Rev. 12/5/07

x [signature]
Notary

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Bryant Adams

Address(es): 175 Boren creek Rd
Tiger ga 30576

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Eliz Beth turner

Employed as nurse

at Raburn County Jail

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

~~Attach Sheet~~ the nurse here keeps chargeing me 5 dollars over & over problem never been fixed says got to be here 90 days before they pull teeth I've been here 9 months with this same problem, she tell denies alot of inmates medical about teeth. She leaves and dont pass out meds the C.O do it they handle the meds Every week I have got to go back for my teeth a Renew meds thats 5 dollars a week tells me to buy Asprin off Store not her problem suffer all the time with this meds Stop got to fill out Request and suffer waiting to see her again

Rev. 12/5/07

**V. Relief (Cont'd)**

same one need to Check into this And then pay the fleing cost dont even know if she is Al Licnesed nurse Aint a nuse supost to pass out the meds?

Singed this 4 day of May, 2010.

Bryan Adams
Signature of Plaintiff

**STATE OF** GA
**COUNTY (CITY) OF** Rabun county Tiger ga

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** May 4 2010
(Date)

Bryan Adams
Signature of Plaintiff

Rev. 12/5/07