Case: 2:10cv60

US POSTAGE
017H16511262
$0.44⁰
07/14/2010
Mailed From 30501
HASLER

NIXIE 300 SE 1 00 07/20/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 30501374999 *2624-21499-14-38

Bryan Adams
1293
Rabun County Detention Center
175 Boen Creek Road
Tiger, GA 30576

---

*************** ATTENTION

If you are a bar member in good standing wit
or a PHV attorney, electronic filing became
effective July 15, 2005. Register now for a
Please visit http://www.gand.uscourts.gov tc
You may also call 404-215-1600.

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JUL 22 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

RTS

Office of the Clerk
United States District Court
201 United States Courthouse
121 Spring Street, S.E.
Gainesville, Georgia 30501-3789

OFFICIAL BUSINESS