Case: 2:10cv60

Office of the Clerk
United States District Court
201 United States Courthouse
121 Spring Street, S.E.
Gainesville, Georgia 30501-3789

OFFICIAL BUSINESS

Bryan Adams
1293
Rabun County Detention Center
175 Boen Creek Road
Tiger, GA 30576

---

*************** ATTENTION

If you are a bar member in good standing wit
or a PHV attorney, electronic filing became
effective July 15, 2005. Register now for a
Please visit http://www.gand.uscourts.gov to
You may also call 404-215-1600.

NIXIE 300 5E 1 00 07/20/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 30501374999 *2524-10564-14-34

HASLER
$0.440
07/13/2010
Mailed From 30501
US POSTAGE

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JUL 22 2010

JAMES N. HATTEN, Clerk
By: Deputy Clerk

4