# Rabun County Detention Center

175 Boen Creek Road
Tiger, Georgia, 30576
(706)782-3612

*Frank W. Andrews*
*Sheriff*

*Jana S. Weiler*
*Jail Administrator*

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUL 26 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Date: July 21, 2010
To: Susan S. Cole
United State Magistrate Judge
From: Jana S. Weiler
Jail Administrator
Ref: Bryan Adams, Plaintiff v Rabun County Jail, Defendant
2:10-cv-60

We received the order to deduct a total of $350.00 in payments of 20% from Inmate Bryan Adams's, Canteen Account. Please be advised, Inmate Adams was being housed at our facility for White County Detention Center and was not a Rabun County Inmate. Inmate Adams had a balance of .02 when White County transported him back to their detention center before being delivered to a Georgia State Correctional Facility. We do not have a location for Inmate Adams and are unable to forward the order. Therefore, we cannot collect any money for court filing fees. Any questions, you can reach me at the number and addresses above.

Thank you,

[signature]

Jana S. Weiler
Jail Administrator