**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| BRYAN ADAMS, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:10-CV-0060-RWS |
| RABUN COUNTY JAIL, | : | |
| Defendant. | : | |

**ORDER**

This matter is before the Court because of Plaintiff's failure to keep the Court informed of his current address as required by Local Rule 41.2. The Clerk has been informed that Plaintiff is no longer incarcerated at the Rabun County Detention Center. On July 21, 2010, the jail administrator at the Rabun County Detention Center sent a letter to the Court stating that Plaintiff is no longer an inmate there and that the jail does not have a forwarding address for Plaintiff. [Doc. 10]. Plaintiff has not notified the Court of his release or his whereabouts.

Local Rule 41.2 provides that "the failure . . . of a party appearing pro se to keep the Clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal . . . ." As this Court has no information regarding Plaintiff's whereabouts, it is hereby ordered that Plaintiff's complaint be

**DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2 for failure to keep the Court informed of his current address.

**IT IS SO ORDERED**, this _1st_ day of November, 2010.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE