**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| BRYAN ADAMS,<br>Plaintiff,<br>vs.<br>RABUN COUNTY JAIL,<br>Defendants | CIVIL ACTION FILE<br>NO. 2:10-CV-0060-RWS |

**J U D G M E N T**

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration, it is

**Ordered and Adjudged** that this action is **dismissed without prejudice** pursuant to Local Rule 41.2(c) for failure to keep the Court informed of his current address.

Dated at Gainesville, Georgia, this 1st day of November, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: s/Vicki L. Dougherty
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 1, 2010
James N. Hatten
Clerk of Court

By: s/Vicki L. Dougherty
Deputy Clerk