FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

NOV 19 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

TO who it may concern,

My name is Bryan O Adams SR. G.D.C # 279977
I Am curently in Prison IN Nicholls ga.
Coffee Correctional Facilty p.o. Box 650
Nicholls ga 32554

I Am writeing in Reffrence to a law Suit I filed Civil Action No 2:10-CV-0060-RWS

I was Being held in Rabun county Jail when I filed it agaist the nurse and Jail. When thay Recived a copy thay sent me Back to white County where I was Being Boarded out from. thay knew I was going to prison. And thay sent yall a Letter on July 21 Stateing thay didnt Have a Forwarding address for me (DOC. 10) I was Not Aware of haveing to write yall to Let you know I was in Prison. thay Lied writeing yall And Saying thay didnt know where I was. yall dismissed the case November 1. 2010 And Rabun County opened the classafied Letter you sent me their And put its contents of the Letter And Envlope inside another envlope After knowing it was dismissed And mailed it to me in prison. I want to Appeal that on grounds that thay Lied to get it dismissed By telling the court that thay had no knoledge of my where Abouts Help in matter please or tell me

do I have to Refile on case? thay wrote the Court A Letter Stateing that thay did not know where I was so that it would Be dismissed, when the whole time thay did in fact have knowlede of my where Abouts Thank you for your Time And I will Be Thankful for any help I can Recieve in this Matter

Sincerly

Byron [signature]