FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

NOV 1 9 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

TO who it may concern

my name is Bryan D Adams
I am curently in prison in coffee
Correctional facility, I was a inmate
at Rabun canty jail when I filed
A law suit on Rabun canty jail and
nurse Elizabeth Turner ET AL Filed on
6-8-10, case civil # 2:10-cv-00104-wco
Thay sent me Back to white county to go
to Prison. I Recived a letter when thay
forward it to me 11-1-10 And the letter
Said That my case was dismissed said
Rabun canty sent the court a letter saying
thay didnt know where I was. But on
the same day That my case was Dismissed
thay forward a the letter to me. Thay knew
where I was at that's purgey against Rabun
County Jail. I am seeking a apeal on
this matter please

I am curently in prison in

coffee correctional Facility
Bryan Adams # 279977
P.O. Box 650
Nicholls, ga 31554

Thay told the court that thay didnt know
where I was so Time would go past so
law suit would Be droped thay knew what
thay was doing. I need Help please Thankyou

Bryan Adams