To whom it Concern's
I Am writeing About A motion I filed
civil No. 2:10-cv-00104-WCO
And I Am curently Being held At coffee correctional Facilty. g.d.c # 279977 I do not know how to move foward in case And can not use ~~computer~~ Computer or under Stand law book's Asking for court to Appoint me legal help in this matter I Am forma Pauperis indigent this case was Reopend on June 23 2011 I need help in this matter please the Re opened case
Civil Action No.
2:10-CV-00060-RWS

Thank you in this matter

Bryan Adams
g.d.c. # 279977

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JAN 9 2012

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Bryan Adams 279977
P.O. Box 650
Nicholls ga 31554

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.44⁰
0004275691 JAN 06 2012
MAILED FROM ZIP CODE 31554

Office of the ~~[illegible]~~ Clerk
United States District Court
201 United States Courthouse
121 Spring Street, S.E
Gainesville, ga 30501 - 3789

U.S. Marshals Service
Gainesville, GA
JAN 9 2012
CLEARED SECURITY

30501$3788