**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **BRYAN ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **vs.** | ) | **2:10-cv-60-RWS-JCF** |
| | ) | |
| **ELIZABETH TURNER, LPN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Laura L. Broome of the law firm Freeman Mathis & Gary, LLP, hereby enters her appearance as counsel of record for Defendant Elizabeth Turner, LPN, in the above-captioned case. Shira A. Crittendon remains as lead counsel of record in this matter. Ms. Crittendon and Ms. Broome request that all future pleadings, motions, discovery, calendar notices, and court-related correspondence be sent to their attention at the address below:

Shira A. Crittendon
Laura L. Broome
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: (770) 818-0000
Fax: (770) 937-9960
Email: scrittendon@fmglaw.com; lbroome@fmglaw.com

Respectfully submitted this 11th day of September, 2012.

**FREEMAN MATHIS & GARY, LLP**

/s/ Laura L. Broome
Shira Adler Crittendon
Georgia Bar No. 005425
Laura L. Broome
Georgia Bar No. 452380
*Attorneys for Defendant Elizabeth Turner, LPN*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: (770) 818-0000
Fax: (770) 937-9960
Email: scrittendon@fmglaw.com; lbroome@fmglaw.com

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing brief was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1(C).

/s/ Laura L. Broome
Laura L. Broome
Georgia Bar No. 452380
*Attorney for Defendant Elizabeth Turner, LPN*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: (770) 818-0000
Fax: (770) 937-9960
Email: lbroome@fmglaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on **September 11, 2012**, I electronically filed the foregoing **Notice of Entry of Appearance,** with the Clerk of Court using the CM/ECF system, and that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Bryan Adams
GDC #279977
Coffee Correctional Facility
PO Box 650
Nicholls, GA 32554

/s/ Laura L. Broome
Laura L. Broome
Georgia Bar No. 452380
*Attorney for Defendant Elizabeth Turner, LPN*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: (770) 818-0000
Fax: (770) 937-9960
Email: lbroome@fmglaw.com