Plaintiff,
Bryan Adams,
vs.
Elizabeth Turner, LPN
Defendant

Civil Action file NO.
2:10-cv-60-RWS-JCF

IN Anwser to Defendant Defense
I Did File grievance at Rabun County Jail.
Thay use a Computer their, not Hand written
Greivance or Request forms.
I was in great Pain a Long time, Kept
Haveing to go to medical over and over.
I am Sending a copy of the Ledger of
medical Charges that I Recived while I
was there, it Clearly Shows that I was
maid to suffer over a month with serious
Pain From Broken tooth. From 10/1/09
to 4/12/10 I was seen Nine times
for this Same Problem, that Should not
Have Taken so long to have the problem
Fixed Her Employer wrote the court and
Said thay did not know my where abouts
And thay Did, thay hand wrote and
Sent me a Envelope with the Letter the
Court Sent to the Jail in side it.
That Clearly shows thay knew my where abouts

Thank you
Bryan Adams

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

SEP 24 2012

JAMES N. HATTEN, Clerk
By: Deputy Clerk

**Inmate ID:** 1293 **Name:** ADAMS, BRYAN DOUGLAS **Debt Statement As Of** 04/29/2010

| Debt Date | Code | Trx Date | Time | Description | Debt Amount | Paid Amount | Outstanding Balance |
|---|---|---|---|---|---|---|---|
| 04/03/10 | IND | 04/03/10 | 00:27 | INCUR: indigent package | 2.00 | | 2.00 |
| 04/03/10 | IND | 04/17/10 | 14:07 | indigent package | | 2.00 | 0.00 |
| 04/12/10 | IND | 04/12/10 | 21:22 | INCUR: indigent package | 2.00 | | 2.00 |
| 04/12/10 | IND | 04/17/10 | 14:07 | indigent package | | 2.00 | 0.00 |
| 04/17/10 | IND | 04/17/10 | 00:32 | INCUR: indigent package | 2.00 | | 2.00 |
| 04/17/10 | IND | 04/17/10 | 14:07 | indigent package | | 2.00 | 0.00 |
| | | | | **Subtotal** | 38.00 | 38.00 | 0.00 |
| 10/01/09 | MED | 10/01/09 | 11:34 | INCUR: medical charges | 5.00 | | 5.00 |
| 10/01/09 | MED | 04/17/10 | 14:07 | medical charges | | 5.00 | 0.00 |
| 02/26/10 | MED | 02/26/10 | 11:20 | INCUR: medical charges | 5.00 | | 5.00 |
| 02/26/10 | MED | 04/17/10 | 14:07 | medical charges | | 5.00 | 0.00 |
| 03/08/10 | MED | 03/09/10 | 10:10 | INCUR: medical charges | 5.00 | | 5.00 |
| 03/08/10 | MED | 04/17/10 | 14:07 | medical charges | | 5.00 | 0.00 |
| 03/15/10 | MED | 03/15/10 | 12:36 | INCUR: medical charges | 5.00 | | 5.00 |
| 03/15/10 | MED | 04/17/10 | 14:07 | medical charges | | 5.00 | 0.00 |
| 03/19/10 | MED | 03/19/10 | 11:06 | INCUR: medical charges | 5.00 | | 5.00 |
| 03/19/10 | MED | 04/17/10 | 14:07 | medical charges | | 5.00 | 0.00 |
| 03/23/10 | MED | 03/26/10 | 08:02 | INCUR: medical charges | 5.00 | | 5.00 |
| 03/23/10 | MED | 04/17/10 | 14:07 | medical charges | | 5.00 | 0.00 |
| 03/31/10 | MED | 04/02/10 | 16:37 | INCUR: medical charges | 5.00 | | 5.00 |
| 03/31/10 | MED | 04/17/10 | 14:07 | medical charges | | 5.00 | 0.00 |
| 04/06/10 | MED | 04/07/10 | 11:12 | INCUR: medical charges | 5.00 | | 5.00 |
| 04/06/10 | MED | 04/17/10 | 14:07 | medical charges | | 5.00 | 0.00 |
| 04/12/10 | MED | 04/12/10 | 12:33 | INCUR: medical charges | 5.00 | | 5.00 |
| 04/12/10 | MED | 04/17/10 | 14:07 | medical charges | | 5.00 | 0.00 |
| | | | | **Subtotal** | 45.00 | 45.00 | 0.00 |
| | | | | **Total** | 83.00 | 83.00 | 0.00 |

| 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Bryan Adams GDC # 279977
Coffee Correctional Facilty
P.O Box 650
Nicholls GA 31554

JACKSONVILLE FL 320
21 SEP 2012
UNITED STATES POSTAGE
02 1M
$ 00.45⁰

CLEARED SECURITY
SEP 24 2012
U. S. Marshals Service
Gainesville, GA

Office of the Clerk
united States District court
201 united states Court House
121 spring st, S, E
Gainesville, GA 30501 - 3789

30501378845