My Name — Bryan Adams G. D. C # 279977
I Am writeing in Ref to Case 2:10-cv-00060 RWS-JCF
I was Housed at coffee correctional facilty
They have Shiped me to Another prison, so I am
writeing to inform the court of my new Address

Wilcox State prison
P.O, Box 397 Abbeville ga
31001

I Thank you for your time in this matter

Bryan Adams

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

SEP 28 2012

JAMES N. HATTEN, Clerk
By: Vicki Dougherty
Deputy Clerk