Case # 2:10-cv-60-RWS-JCF

I Am Hear by noitfeing the court that I Am no longer in Coffee correctional Facilty

my current Address is
Bryan Adams 279977
Wilcox State Prison
P.O. Box 397
Abbeville G.A.
31001

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

NOV 23 2012

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk