**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| BRYAN ADAMS,<br>GDC ID # 279977,<br>Plaintiff,<br><br>v.<br><br>NURSE ELIZABETH TURNER,<br>Rabun County Jail,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>2:10-CV-00060-RWS-JCF<br><br><br><br><br>PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |

**ORDER**

Now before the Court is Plaintiff's Discovery Request for Documents, seeking from Defendant copies of certain requests for medical treatment that he allegedly filed at the Rabun County Jail. (Doc. 29). Plaintiff should address any such request to Defendant in the first instance. Moreover, this case is on a zero-month discovery track, subject to amendment by motion filed within thirty days of Defendant's September 7, 2012 answer. (*See* Doc. 18 at 8; Doc. 22). Neither party filed such a motion within the allotted time. Accordingly, Plaintiff's Discovery Request for Documents (Doc. 29) is **DENIED**.

Both parties are **ADVISED** that dispositive motions in this case are due thirty (30) days from the entry date of this Order. If no dispositive motions are filed within that period, a consolidated pretrial order will be due fifteen (15) days thereafter.

**SO ORDERED** this _7th_ day of _December_, 2012.

J. CLAY FULLER
United States Magistrate Judge