IN The united states District court
for the Northern District of Georgia
Gainesville Division

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

DEC 20 2012

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Bryan Adams,
GDC ID # 279977
Plaintiff

v.

Nurse Elizabeth Turner
Raburn county Jail
Defendant

Civil Action No:
2:10-cv-00060-RWS-JCF

Prisoner civil Rights
42, U.S.C. § 1983

Now comes the Plaintiff Bryan Adams Asking the court when Hears this case That the court Has me Present at that Hearing. I Have provide the court with A copy of the Ledger from Raburn County Jail, that clearly Shows thay took money from me for Being seen, and Treated on (2-26-10) (3-9-10) (3-15-10) (3-19-10) (3-26-10) (4-2-10) (4-7-10) (4-12-10) that Clearly Shows That the Defendant did not give or Provide me the Help I needed for the pain I was Haveing with my teeth.

I Thank the court
for their Time

Bryan Adams

Bryan Adams 279977
Wilcox st prison
P.O Box397
Abbeville ga 31001

CLEARED SECURITY
2012
U.S. Marshals Service
Gainesville, G

MACON GA 310
19 DEC 2012 PM 2 L




office of the clerk
united states District court
201 united states courthouse
121 spring st. S.E
Gainesville GA 30501-3789

30501378845