**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **BRYAN ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **vs.** | ) | **2:10-cv-60-RWS-JCF** |
| | ) | |
| **ELIZABETH TURNER, LPN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO FILE MEDICAL RECORDS OF PLAINTIFF BRYAN ADAMS UNDER SEAL BY DEFENDANT ELIZABETH TURNER, LPN**

Pursuant to the Standing Orders for the United States District Court, Northern District of Georgia, Defendant Elizabeth Turner, LPN ("Nurse Turner"), hereby moves this Court to enter an order allowing Nurse Turner to file the medical records of Plaintiff Bryan Adams ("Plaintiff') under seal, so as to protect the private and confidential information located in the records from view by the general public. The medical records of Plaintiff are an exhibit to the Affidavit of Nurse Turner in support of the Motion for Summary Judgment filed by Nurse Turner. A proposed order is attached hereto for the Court's convenience.

Respectfully submitted this 7th day of January, 2013.

**FREEMAN MATHIS & GARY, LLP**

/s/ Shira A. Crittendon
Shira Adler Crittendon
Georgia Bar No. 005425
Laura L. Broome
Georgia Bar No. 452380
*Attorneys for Defendant Elizabeth Turner, LPN*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: (770) 818-0000
Fax: (770) 937-9960
Email: scrittendon@fmglaw.com; lbroome@fmglaw.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing brief was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1(C).

/s/ Laura L. Broome
Laura L. Broome
Georgia Bar No. 452380
*Attorney for Defendant Elizabeth Turner, LPN*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: (770) 818-0000
Fax: (770) 937-9960
Email: lbroome@fmglaw.com

## CERTIFICATE OF SERVICE

This is to certify that on **January 7, 2013**, I electronically filed the foregoing **Motion to File Medical Records of Plaintiff Bryan Adams Under Seal by Defendant Elizabeth Turner, LPN,** with the Clerk of Court using the CM/ECF system, and that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Bryan Adams
GDC #279977
Wilcox State Prison
PO Box 397
Abbeville, GA 31001
*(per change of address filed on 11/23/12)*

/s/ Laura L. Broome
Laura L. Broome
Georgia Bar No. 452380
*Attorney for Defendant Elizabeth Turner, LPN*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: (770) 818-0000
Fax: (770) 937-9960
Email: lbroome@fmglaw.com