**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **BRYAN ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **vs.** | ) | **2:10-cv-60-RWS-JCF** |
| | ) | |
| **ELIZABETH TURNER, LPN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION FOR FILING OF MEDICAL RECORDS OF PLAINTIFF BRYAN ADAMS UNDER SEAL BY DEFENDANT ELIZABETH TURNER, LPN**

Pursuant to the Standing Orders for the United States District Court, Northern District of Georgia, and by motion of Defendant Elizabeth Turner, LPN, in order to protect the private and confidential information located in the medical records of Plaintiff Bryan Adams ("Plaintiff") from view by the general public, it is hereby ordered that the medical records of Plaintiff shall be filed under seal.

**IT IS SO ORDERED, this ____ day of _______________, 2013.**

____________________________________
The Honorable James Clay Fuller
United States Magistrate Court
Northern District of Georgia, Gainesville Division

*Prepared and Presented by:*

**FREEMAN MATHIS & GARY, LLP**

/s/ Laura L. Broome
Shira Adler Crittendon
Georgia Bar No. 005425
Laura L. Broome
Georgia Bar No. 452380
*Attorneys for Defendant Elizabeth Turner, LPN*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: (770) 818-0000
Fax: (770) 937-9960
Email: scrittendon@fmglaw.com; lbroome@fmglaw.com