**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **BRYAN ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **vs.** | ) | **2:10-cv-60-RWS-JCF** |
| | ) | |
| **ELIZABETH TURNER, LPN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# EXHIBIT 1 TO AFFIDAVIT OF ELIZABETH TURNER, LPN

**MEDICAL RECORDS OF PLAINTIFF BRYAN ADAMS
FROM RABUN COUNTY JAIL**

**TO BE FILED UNDER SEAL PENDING COURT APPROVAL
OF MOTION TO SEAL MEDICAL RECORDS**