FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville
JAN 16 2013
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN The united States District court
for The northern district of Georgia
Gainesville Division

Bryan Adams,
Plaintiff
VS.
Elizabeth Turner, LPN,
Defendant

Civil Action file NO
2:10-cv-60-RWS-JCF

Motion for summary Judgment By Bryan Adams Plaintiff

Pursuant to fed. R. civ. Proc. 56 Bryan Adams
Hereby Moves the court for summary Judgment

1. Bryan Adams Has Never Before Be a inmate Before this time in Rabun count Jail Like nurse turner has stated in her fact's Pargraph 4.

2. I was a inmate of white county Jail But was housed at Rabun couty Jail, so thay have to treet me as their inmate. Pargrah. 5 in her facts

3. in her facts she in pargraph 6. state's she seen me on several occasions, this showing my needs for medical Treatment Dential

4. in her statment pargraph 9. I did complain about Dentail needs, had meds for then

5. in her statement Pargaph 10 Showes proff of med's so was a problem

6. in her statement pargraph 12 while Housed at white county Jail I had two teeth pulled That's a lie, Rabun county sent me Back to get them pulled after Month's of complaining and medcial treatments wich did not fix the problem.

7. She states in pargraph 13 ar in other pargraph I had no acute distress why did she think I was comeing to see her, I was Hurting very Badly.

8. in pargraph 21 she clearly state increased By eating as well. sure I was Hurting the whole time

9. in pargraph 29 she clearly state of swelling in gums
1. in pargraph 30. she clearly state of decayed teeth
1. in pargraph 33 States to alert medical staff of change. I stayed in pain and hard time Eating.

2. in pargraph 39. thay did not give me med's that morning Because she put's med in package and put's the c/o officers give them out wich is not supost to Be.

Page two

in pargraph 41 and 42 Showes I was haveing tooth pain.

. in pargraph 51 thay State I told them of drug use that's a LiE

. in pargraph 52 thay are accusing me of useing methamphetamine I have never Been a user of this drug never!

. in pargraph 58. in never Said That I did not Recieve medcation when I did. so dont Know wher that came from.

in closeing I Should Be awared over this case I have shawed proof that I Stayed in pain, By there Statmants over months of treetment for Same problem. thay Kept chargeing me Ever week I had to get more med percibed to me for Same problem, that shaws negelance on medical Staff at R.C.J it was obvious that I was suffering with my teeth, And thay Should have Sent me to dentist to have them detemin about Problem. nurse turner puts med in Enulopes and let the Jail Staff pass it out, thats not supost to Be, She told me that their was nothing I could do at any time so I told her I would file suit, and she laughed in my Face. I sufferd month's over my teeth that she would not send me to dentist

I thank the court for their time in this matter

Bryan Allan

Bryan Adams 279977
wilcox state prism
P.O. Box 397
Abbeville ga 31001

MACON GA 310
15 JAN 2013 PM 1 L




CLEARED SECURITY
JAN 16 2013
U.S. Marshals Service
Gainesville, GA

Office of the clerk
united States District Court
201 united States courthouse
121 spring Street. S.E
Gainesville GA 30501 - 3789

30501378845