IN The united States District court
Northern District of Georgia
Gainesville Division

Bryan Adams,
Plaintiff
v.
Nurse Elizabeth Turner
Defendant

Civil Action No
2:10-cv-00060 -RWS -JCF

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JAN 30 2013

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Comes Now the Plaintiff Bryan Adams

Asking the court to Find in Plaintiff Favor, I have showed that I sufferd for months with Bad tooth Ache, it Shows in the medical Records where the Defendant summited that on numors Acasions I was seen, For this pain she States that their was ~~wa~~ no need to see Dentist. That is not her feild of medcial, on a few Diffrent times I was given Antobics that Show's their was a problem to Try and stop infection, And all she done was give me Pills to try and patch up the problem and not send me to Dentist, where it's obvious thats what I needed, I Sufferd for months with very sever pain in my mouth from the Broken off teeth, I Pleaded with the officers As well as her many many times many times I could not Eat Even cheese sandwichs, I was given them and thay made me sick as well, it was very un professional of her to make me suffer so Long, with out seeing a Dentist. or send me some where to have the problem Fixed, her Record From the county Jail proves that I was Beging to help with problem. I Thank the court on this matter for there time

Bryan Adams