Bryan Adams 279977
Wilcox state prison
P.O Box 397
Abbeville GA 31001

CLEARED SECURITY
JAN 30 2013
U.S. Marshals Service
Gainesville GA

MACON GA 310
29 JAN 2013 PM 1 L




Office of the Clerk
United states District court
201 united states courthouse
121 Spring street S.E
Gainesville GA 30501 - 3789

30501378831