**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| BRYAN ADAMS,<br>GDC ID # 279977,<br>Plaintiff,<br><br>v.<br><br>NURSE ELIZABETH TURNER,<br>Rabun County Jail,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>2:10-CV-00060-RWS-JCF<br><br><br><br><br>PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |

**ORDER FOR SERVICE OF REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Report and Recommendation of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72, has been filed. The Clerk is **DIRECTED** to serve a copy, together with a copy of this Order, upon counsel for the parties and upon any unrepresented parties.

Within fourteen (14) days of service of this Order, a party may file written objections, if any, to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the

District Court. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. *Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**IT IS SO ORDERED**, this 12th day of June, 2013.

/s/ *J. CLAY FULLER*
J. CLAY FULLER
United States Magistrate Judge

J. CLAY FULLER
United States Magistrate Judge



AO 72A
(Rev.8/82)