Case: 2:10cv60

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JUN 24 2013

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Bryan Adams
GDC#279977
Wilcox State Prison
PO Box 397
Abbeville, GA 31001

---

*************** ATTENTION ***************

If you are a bar member in good standing with the Northern District of Georgia or a PHV attorney, electronic filing became mandatory for ALL attorneys effective July 15, 2005. Register now for an ECF userid and password. Please visit http://www.gand.uscourts.gov to sign up as an ECF user. You may also call 404-215-1600.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
201 UNITED STATES COURTHOUSE
121 SPRING STREET, S.E.
GAINESVILLE, GEORGIA 30501-3789

OFFICIAL BUSINESS

Hasler
06/12/2013
US POSTAGE

Released

Return to Sender
Refused by
Wilcox State Prison

___ No Record of Inmate
✓ Released
___ No stamps Allowed
___ Transferred
___ No GDC #
___ No Obscene M
___ No Perfume/Lipstick/body fluids

NIXIE 310013102-1N 06/19/13
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

U.S. Marshals Service
Gainesville, GA
CLEARED SECURITY