**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| BRYAN ADAMS,<br>Plaintiff,<br><br>v.<br><br>NURSE ELIZABETH TURNER,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | <br><br>CIVIL ACTION NO.<br>2:10-CV-0060-RWS |

**ORDER**

This matter is before the Court for consideration of the Report and Recommendation, [Doc. 42], in which the Magistrate Judge recommends that Defendant's motion for summary judgment, [Doc. 33], be granted, that Plaintiff's motion for summary judgment, [Doc. 35], be denied, and that the instant pro se prisoner civil rights action be dismissed.

In the absence of objections by Plaintiff, this Court concludes that the Magistrate Judge's findings of fact and conclusions of law are correct. Notably, this Court agrees with the Magistrate Judge that Plaintiff has failed to demonstrate a triable issue of fact under Harris v. Thigpen, 941 F.2d 1495, 1504-05 (11th Cir. 1991), because the record clearly demonstrates that he received extensive treatment for his dental condition, and the fact that Plaintiff may challenge the quality of that treatment does not state a claim under 42 U.S.C. § 1983.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, [Doc. 42], is **ADOPTED** as the order of this Court. Defendant's motion for summary judgment, [Doc. 33], is **GRANTED**, Plaintiff's motion for summary judgment, [Doc. 35], is **DENIED**, and the instant action is **DISMISSED**.

**IT IS SO ORDERED,** this 8th day of July, 2013.

**RICHARD W. STORY**
United States District Judge



AO 72A
(Rev.8/82)