**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| BRYAN ADAMS,<br>Plaintiff,<br>vs.<br>NURSE ELIZABETH TURNER,<br>Defendant. | CIVIL ACTION FILE<br>NO. 2:10-cv-60-RWS |

## **JUDGMENT**

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover the costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Gainesville, Georgia, this 9th day of July, 2013.

JAMES N. HATTEN
CLERK OF COURT

By: s/Stacey Kemp
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 9, 2013
James N. Hatten
Clerk of Court

By: s/Stacey Kemp
Deputy Clerk