Office of the Clerk
United States District Court
201 United States Courthouse
121 Spring Street, S.E.
Gainesville, Georgia 30501-3789

OFFICIAL BUSINESS

U.S. Marshals Service
Gainesville, GA
JUL 19 2013
CLEARED SECURITY

Released

Hasler
07/09/2013
US POSTAGE
FIRST-CLASS MAIL
$00.46º
ZIP 30501
011D11631202

Return to Sender
Refused by
Wilcox State Prison

__ No Record of Inmate ✓ Released
__ No stamps Allowed __ Transferred

NIXIE 300 DE 1 0007/16/13
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 30501374999 *0824-01769-09-40

[redacted]

Case: 2:10cv60

Bryan Adams
GDC#279977
Wilcox State Prison
PO Box 397
Abbeville, GA 31001

************* ATTENTION

If you are a bar member in good standing w
or a PHV attorney, electronic filing becam
effective July 15, 2005. Register now for
Please visit http://www.gand.uscourts.gov
You may also call 404-215-1600.

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville
JUL 22 2013
JAMES N. HATTEN, Clerk
By: Deputy Clerk